Grace Woodham

    v.                                 Case No. 25-cv-478-LM-AJ

New Hampshire Hospital

## REPORT AND RECOMMENDATION

On December 5, 2025, the court ordered plaintiff's co-guardians to notify the court whether they intended to proceed with this lawsuit (Doc. No 2).[1] They have not responded to the court's Order. Since that time, plaintiff Grace Woodham has filed a motion to amend her petition for writ of habeas corpus (Doc. No. 3), which has been referred to the undersigned magistrate judge for a recommended disposition.

Given the restrictions on plaintiff's power to initiate lawsuits, as well as the co-guardians' failure to respond to the court's prior order, the district judge should deny plaintiff's motion to amend (Doc. No. 3) and, if this recommendation is adopted, the district judge should dismiss this action.

---

[1] As the court noted in its order, the New Hampshire Circuit Court – Probate Division appointed Robert Woodham and Janet Woodham, as petitioner's co-guardians in December 2023. The co-guardians were granted, among other things, the exclusive power to initiate, defend or settle lawsuits on Grace Woodham's behalf. See Woodham v. State of New Hampshire, Case No. 23-cv-202-LM-AJ, December 29, 2023, Sealed Filing (Doc. No. 24-1).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file any objection within the specified time waives the right to appeal the district court's Order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

Only those issues raised in the objection(s) to this Report and Recommendation "are subject to review in the district court." Id. (cleaned up). Additionally, any issues "not preserved by such objection are precluded on appeal." Id.

_____
Andrea K. Johnstone
United States Magistrate Judge

February 23, 2026

cc: Grace Woodham, pro se.