UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Grace Woodham

v.                                          Case No. 25-cv-478-LM-AJ

NH State Hospital

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 23, 2026.  Given the restrictions on plaintiff's power to initiate lawsuits, as well as the co-guardians' failure to respond to the court's prior order, the plaintiff's motion to amend (Doc. No. 3) is denied and this case is dismissed. The clerk shall enter judgment and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
United States District Judge

Date: March 19, 2026

cc:  Grace Woodhams, pro se